# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0197
_____

SHELDON LEE HUTCHINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


October 1, 2025


PER CURIAM.

Because the lower tribunal has ruled on Petitioner's motion for postconviction relief, the Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022); *Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

RAY, KELSEY, and TREADWELL, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Sheldon Lee Hutchins, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.